**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

PENNZOIL QUAKER STATE COMPANY,

    Plaintiff,

v.                                                                       Case No. 09-13766

BLC REAL ESTATE, L.L.C., et al.,

    Defendants.
                                              /

**ORDER (1) SETTING DEADLINE FOR INITIAL DISCLOSURES; (2) DIRECTING DEFENDANTS TO FILE NOTICE OF COMPLIANCE; AND (3) SCHEDULING TELEPHONE CONFERENCE**

On December 21, 2009, the court conducted a status conference in the above-captioned case with counsel for both Plaintiff and Defendants. During the conference, the court discussed with the parties Defendants' progress in producing initial-disclosure documents. In its scheduling order, the court set a deadline of December 11, 2009 for the production of these documents. In a letter of December 4, 2009, Plaintiff requested eight categories of initial-disclosure documents, including documents concerning the amount of oil purchased by and sold by Defendants. Defense counsel indicated that the delay in producing many of these documents was due to the necessity of putting handwritten-notes into a form that would be more legible and usable. The court will therefore order Defendants to deliver the requested documents to Plaintiffs on or before December 31, 2009. Defendants will also be ordered to file, on or before December 31, 2009, a notice of compliance stating that they have delivered the requested documents pursuant to this Order. Finally, the court will conduct a telephone conference on

January 11, 2010, to discuss the status of the initial disclosures and settlement negotiations.

IT IS ORDERED that Defendants shall produce the initial-disclosure documents requested by Plaintiff in its December 4, 2009 letter on or before **December 31, 2009.**

IT IS FURTHER ORDER that Defendants file, on or before **December 31, 2009**, a notice of compliance stating that they have delivered the initial disclosure documents to Plaintiff according to the terms of this Order.

IT IS FURTHER ORDERED that the parties will participate in a telephone status conference on **January 11, 2010, at 2:00 p.m.**  The court will initiate the telephone call.

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated:  December 23, 2009

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 23, 2009, by electronic and/or ordinary mail.

 S/Lisa Wagner
Case Manager and Deputy Clerk
(313) 234-5522